IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 8:02MJ94 |
| | ) | |
| BENJAMIN REYES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 3) in the above-captioned case be granted as requested.

DATED this 6th day of July, 2006.

BY THE COURT:

s/ F.A. GOSSETT
United States Magistrate Judge